UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


United States
  Plainntiff

V.

**Peter John Dasilva , et al**
  Defendant

CIVIL ACTION: 04-11393 -NG


ORDER OF DISMISSAL


GERTNER, D.J.                                        January 27, 2005

Pursuant to Local Rule 4.1(a) of the Local Rules for the United States District Court for the District of Massachusetts, any summons not returned with proof that it was served within one-hundred twenty (120) days of the filing of the complaint is deemed to be unserved for the purpose of Fed.R.Civ.P.4(j).

Accordingly, the above-entitled case is hereby dismissed for failure to make service.


By the Court,


s/Maryellen Molloy
Deputy Clerk